UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILAL MUHAMMAD,

    Plaintiff,

v.

J.S. WALTON, POTTS, B. BROWN, and HARKNESS,

    Defendants.
    _____/

Case No. 15-11769

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [27] AND GRANTING DEFENDANTS' MOTION TO DISMISS [15]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation. (Dkt. 27.) The Magistrate Judge recommends granting Defendants' motion to dismiss. (Dkt. 15.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). Having reviewed the pleadings and the Report, however, the Court agrees with the findings and conclusions of the Magistrate Judge. The Court ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation and GRANTS Defendants' motion to dismiss.

    SO ORDERED.

                                S/Nancy G. Edmunds
                                Nancy G. Edmunds
                                United States District Judge

    Dated:  May 19, 2016

  I hereby certify that a copy of the foregoing document was served upon counsel of record on May 19, 2016, by electronic and/or ordinary mail.

       S/Carol J. Bethel
       Case Manager